UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MD JOSE REYES, ET AL., | ) | Case No.: 11-CV-1988-PSG |
| Plaintiffs, | ) ) | **ORDER SETTING DEADLINE FOR PLAINTIFFS TO CONENT OR TO DECLINE TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | ) ) | |
| WMC MORTGAGE CORP., ET AL., | ) ) | |
| Defendants. | ) ) | |

On May 9, 2011, Defendant Wells Fargo Bank ("Wells Fargo"), Ocwen Loan Servicing LLC ("Ocwen"), and Mortgage Electronic Registration Services, Inc. ("MERS") filed a motion to dismiss. As a result, the parties were required to consent to proceed before a magistrate judge or to request reassignment to a district judge no later than May 16, 2011.[1] Wells Fargo, Ocwen, and MERS filed their consent on April 25, 2011. Plaintiffs have neither consented nor requested reassignment.

Additionally, the parties were required to file a joint case management statement no later than May 17, 2011.[2] Wells Fargo, Ocwen, and MERS filed Defendants' case management statement on May 17, 2011, which notes that Plaintiffs did not participate in preparing the statement. Plaintiffs have not filed a case management statement.

IT IS HEREBY ORDERED that no later than May 25, 2011, Plaintiffs shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed

---

[1] *See* Civ. L.R. 73-1(a)(2).
[2] *See* 5/2/11 Clerk's Notice (Docket No. 6).

Case No.: 11-1988
ORDER

1  Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available

2  from the clerk of the court or from the Forms (Civil) section of the court's website at

3  www.cand.uscourts.gov.

4      IT IS FURTHER ORDERED that the case management conference is continued to May 31,

5  2011.  Plaintiffs shall file either a case management statement no later than May 25, 2011.

6  **IT IS SO ORDERED.**

7  Dated:  May 19, 2011

8   

9                        PAUL S. GREWAL
                      United States Magistrate Judge

**United States District Court**
For the Northern District of California

Case No.: 11-1988
ORDER

**United States District Court**
**For the Northern District of California**

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Jose Reyes
2613 Glen Harwick Court
San Jose, CA 95148-2541

Lourdes Santos-Reyes
2613 Glen Harbod Court
San Jose, CA 95148-2541

Dated: May 19, 2011

　　　　　　　　　　　　　　　　　　　　　*/s/ Chambers Staff*
　　　　　　　　　　　　　　　　　　　　Chambers of U.S. Magistrate Judge Paul S. Grewal