**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE REYES; LOURDES SANTOS-REYES,

      Plaintiffs,

  v.

WMC MORTGAGE CORPORATION, a
California corporation; OCWEN
LOAN SERVICING LLC, a Delaware
limited liability company; WELLS
FARGO BANK, N.A., a Business
Entity, form unknown; CRESTLINE
FINANCIAL & MARKETING SERVICE, a
Business Entity, form unknown;
MORTGAGE ELECTRONIC REGISTRATION
SERVICES, INC., a Delaware
corporation,

      Defendants.
_____/

No. C 11-01988 CW

ORDER RE: RETURNED
MAIL

    On March 20, 2012, the Order (Docket No. 56) mailed to the

Plaintiffs on March 13, 2012 was returned to the Court as

undeliverable.  Pursuant to Local Rule 3-11(b), if the attorney or

pro se party fails to submit to the Court, within sixty days of

the returned mail, a written communication indicating a current

address, the Court may dismiss the case without prejudice for

failure to prosecute.

Dated: 3/23/2012

CLAUDIA WILKEN
United States District Judge