IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE REYES; LOURDES SANTOS-REYES,

    Plaintiffs,

  v.

WMC MORTGAGE CORPORATION, a California corporation; OCWEN LOAN SERVICING LLC, a Delaware limited liability company; WELLS FARGO BANK, N.A., a Business Entity, form unknown; CRESTLINE FINANCIAL & MARKETING SERVICE, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., a Delaware corporation,

    Defendants.
_____/

No. C 11-01988 CW

ORDER RE: RETURNED MAIL

    On March 20, 2012, the Order (Docket No. 56) mailed to the Plaintiffs on March 13, 2012 was returned to the Court as undeliverable.  Pursuant to Local Rule 3-11(b), if the attorney or pro se party fails to submit to the Court, within sixty days of the returned mail, a written communication indicating a current address, the Court may dismiss the case without prejudice for failure to prosecute.

Dated: 3/23/2012

CLAUDIA WILKEN
United States District Judge