IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES, an individual; LOURDES SANTOS-REYES, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>WMC MORTGAGE CORPORATION, a California Corporation; OCWEN LOAN SERVICING LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, N.A.; TD SERVICE COMPANY, a Business Entity, form unknown; CRESTLINE FINANCIAL & MARKETING SERVICE, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br><br>          Defendants.<br>_____/ | No. C 11-1988 CW<br><br>ORDER EXTENDING DEADLINE FOR PLAINTIFFS' AMENDED COMPLAINT |

On March 23, 2012, the Court ordered Plaintiffs, pursuant to Local Rule 3-11(b), to provide the Court with a current address. Rule 3-11(b) requires the attorney or pro se party to submit to the Court, within sixty days of returned mail, a written communication indicating a current address, or face dismissal of the case without prejudice for failure to prosecute.  Plaintiffs have failed to comply thus far.

On March 28, 2012, the Court granted the motions to dismiss submitted by Defendants Ocwen Loan Servicing, LLC; Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of June 1, 2004 Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2004-WMC4, erroneously sued as Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc.; and WMC Mortgage Corporation.  The Court allowed Plaintiffs until April 11, 2012, two weeks following the date of the order, to file an amended complaint.  The Court's March 28, 2012 order was mailed to pro se Plaintiffs at their address of record, 2613 Glen Harwick Court, San Jose, CA 95148-2541.  However, on April 6, 2012, the mail was returned as undeliverable.

On April 9, 2012, the Court resent the order to a second, possible address for Plaintiffs, provided by Defendants, 1625 Tully Road #A, San Jose, CA 95122.  Given the date of this second mailing, the Court extends the deadline for Plaintiffs to amend their complaint to April 25, 2012.

Again, Plaintiffs are reminded of their obligation to update their address of record, or face dismissal of their action for failure to prosecute.

IT IS SO ORDERED.

Dated: 4/10/2012

CLAUDIA WILKEN
United States District Judge

2